| Attorney or Party without Attorney: <br> Andrew J. Obergfell, Esq. <br> BURSOR & FISHER, P.A. <br> 701 BRICKELL AVENUE SUITE 1420 <br> MIAMI, FL 33131 <br> Telephone No: 305-330-5512 <br><br> Attorney For: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.: <br> Lerner v CVS |
| Insert name of Court, and Judicial District and Branch Court: <br> USDC-Southern District of New York | |
| Plaintiff: JASMINE LERNER, on behalf of herself and all others similarly situated <br> Defendant: CVS HEALTH CORPORATION | |
| PROOF OF SERVICE — Hearing Date: — Time: — Dept/Div: | Case Number: <br> 1:22-cv-01013-LJL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint

3. a. Party served: CVS HEALTH CORPORATION
   b. Person served: Rob Ortiz, Process Specialist, CT Corporation System, Registered Agent, served under F.R.C.P. Rule 4.

4. Address where the party was served: 450 Veterans Memorial Pkwy Suite 7A, East Providence, RI 02914

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Feb 10 2022 (2) at: 02:00 PM

6. **Person Who Served Papers:**
   a. Paul G. Hughes
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/11/22 (Date)     (Signature)

PROOF OF SERVICE     R.I. CONSTABLE # 6063     6669273
PAUL G. HUGHES     (350408)