

Philip H. Cohen
Tel 212.801.2145
Fax 212.224.6132
cohenp@gtlaw.com

March 1, 2022

**VIA ECF**

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007
(212) 805-0226
LimanNYSDChambers@nysd.uscourts.gov

Re: *Jasmine Lerner v. CVS Health Corporation*, Case No. 1:22-cv-01013-LJL (SDNY), **Request for Extension of Time to Answer or Otherwise Move in Response to the Complaint**

Dear Judge Liman:

We represent Defendant CVS Pharmacy, Inc., erroneously sued as CVS Health Corporation ("CVS" or "Defendant") in the above-referenced matter. Pursuant to Rules 1A, 1B and 1C of Your Honor's Individual Practices, we submit this letter seeking an extension of time to answer or otherwise move in response to Plaintiff's Complaint in the above-captioned action.

CVS requests a 30-day extension of time to answer or otherwise move in response to the Complaint through and including April 4, 2022, due to time constraints imposed by other cases, and to permit the parties to explore whether early motion practice may be avoided. The present deadline is March 3, 2022. This is the first request for an adjournment in this matter, and CVS's adversary, Andrew J. Obergfell of Bursor & Fisher, P.A., consents to this request.

Respectfully submitted,

*/s/ Philip H. Cohen*

Philip H. Cohen

Cc: Rick L. Shackelford (*pro hac* admission to be filed)
All Counsel of Record (via ECF)

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue  |  New York, New York 10017  |  T +1 212.801.9200  |  F +1 212.801.6400

www.gtlaw.com